UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN KUECK and TAYLOR KUECK,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVENS COUNTY, et al.,<br><br>Defendants. | NO. 2:15-CV-00061-JLQ<br><br>ORDER GRANTING STIPULATED MOTION |

BEFORE THE COURT is the Stipulated Motion (ECF No. 14) seeking to dismiss the claims against Defendant Timothy Rasmussen, in his personal capacity only. The parties do not agree to dismiss the claims against Rasmussen "in his representative and policymaker capacities."

**IT IS HEREBY ORDERED:**

1. The Stipulated Motion (ECF No. 14) is **GRANTED**.

2. The claims against Defendant Rasmussen in his personal capacity only shall be dismissed, with prejudice, and without an award of costs to either party.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 10th day of June, 2015.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1