UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN KUECK and TAYLOR KUECK,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVENS COUNTY, et al.,<br><br>Defendants. | NO. 2:15-CV-00061-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is the parties' "Stipulation and Motion for Dismissal" (ECF No. 55) and Motion to Expedite (ECF No. 54). The Motion for Dismissal states the parties agree to dismissal of the matter, with prejudice, and without an award of costs.

**IT IS HEREBY ORDERED:**

1. The Motion to Expedite (ECF No. 54) is **GRANTED**.

2. The Motion for Dismissal (ECF No. 55) is **GRANTED**.

3. The Motions for Partial Summary Judgment (ECF No. 25 & 30) are DENIED AS MOOT.

4. The Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice and without costs to any party.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, furnish copies to counsel, and close the file.

**DATED** this 25th day of May, 2016.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1