# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHAWN KUECK and TAYLOR KUECK<br>*Plaintiff*<br>v.<br>STEVENS COUNTY, et al.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:15-CV-00061-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiffs' Motion to Expedite (ECF No. 54) is GRANTED.
Parties' Stipulation Motion for Dismissal (ECF No. 55) is GRANTED.
The Motions for Partial Summary Judgment (ECF Nos. 25 & 30) are DENIED AS MOOT.
Judgment of Dismissal of the Complaint and the claims therein entered with prejudice and without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a motion for Dismissal (ECF No. 55).

Date:  05/25/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates